# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Valles, et al.<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>Pima County, et al.,<br><br>　　　　　　　Defendants. | No. CV-08-0009-TUC-DCB (JCG)<br><br>**REPORT & RECOMMENDATION** |

Pending before the Court is a Request for Voluntary Dismissal filed on February 13, 2008 by Plaintiffs. (Doc. No. 20.) This matter was originally assigned to Magistrate Judge Guerin. Because all of the parties have not consented to trial before a magistrate judge, Judge Guerin has prepared a report and recommendation which is now submitted to a District Court Judge chosen by lot under the Clerk's direction – the Honorable David C. Bury. The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order granting the Request for Voluntary Dismissal dismissing Defendants West Speedway Partners, LLC and The Villas at Hacienda del Sol, Inc. from this action.

Rule 41(a), Fed. R. Civ. P., provides that an action may be dismissed by the plaintiff without order of the Court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. Unless otherwise stated, the

dismissal is without prejudice. In the present case, Plaintiffs initiated this action against Defendants on January 3, 2008. (Doc. No. 1.) Defendants West Speedway Partners, LLC and The Villas at Hacienda del Sol, Inc. have not filed a responsive pleading. Plaintiffs seek dismissal without prejudice of Defendants West Speedway Partners, LLC and The Villas at Hacienda del Sol, Inc. on the ground that they intend to seek relief for their claims against these defendants in their respective bankruptcy cases; Plaintiffs reserve the right to reassert their claims herein in the event that Defendants' bankruptcy cases are dismissed or Plaintiffs' claims in the bankruptcy proceedings are disallowed.

## Recommendation

Accordingly, the Magistrate Judge recommends the District Court, after is independent review of the record, enter an order GRANTING the Request for Voluntary Dismissal filed on February 13, 2008 by Plaintiffs. (Doc. No. 20.)

Pursuant to 28 U.S.C. § 636(b), any party may serve and file written objections within 10 days of being served with a copy of this Report and Recommendation. If objections are not timely filed, they may be deemed waived. If objections are filed, the parties should use the following case number: **CV-08-0009-TUC-DCB**.

DATED this 25th day of February, 2008.

_____
Jennifer C. Guerin
United States Magistrate Judge