1
2
3
4 **IN THE UNITED STATES DISTRICT COURT**
5 **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Armando Valles, et al.,** ) | |
| **Plaintiff(s),** ) | **CV-08-0009-TUC-DCB (JCG)** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **Pima County, et al.,** ) | |
| **Defendant(s).** ) | |
| ) | |

Magistrate Judge Guerin issued her Report and Recommendation on February 25, 2008, recommending that the District Court grant the request for voluntary dismissal without prejudice filed by the Plaintiffs. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation (Doc. No. 29) is ACCEPTED and ADOPTED by this Court.

IT IS ORDERED that Plaintiffs' request for voluntary dismissal of Defendants West Speedway Partners, LLC, and The Villas at Hacienda del Sol, Inc., from this action (Doc. No. 20) is GRANTED and these Defendants are dismissed without prejudice from this action.

DATED this 13th day of March, 2008.

David C. Bury
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28