**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Armando Valles, et al.,         ) | CV-08-09-TUC-FRZ (JCG) |
|         Plaintiffs,             ) | **REPORT & RECOMMENDATION** |
| vs.                             ) | |
| Pima County, et al.,            ) | |
|         Defendants.             ) | |

On June 9, 2008, the Magistrate issued a Report & Recommendation recommending that the District Court grant a Motion to Dismiss and a Motion for Sanctions filed by Defendants West Speedway Partners ("West") and the Villas at Hacienda del Sol ("the Villas"). (Doc. No. 90.)  On June 10, 2008, the Magistrate Judge ordered West and the Villas to file their request for attorneys' fees in compliance with LRCiv 54.2. (Doc. No. 93.)

Following the Court's Report & Recommendation and Order, West and the Villas met and conferred with Plaintiffs regarding their attorneys' fees as required by Rule 54.2. The parties agreed that West and the Villas were entitled to $5,482.00 in attorneys' fees and $215.00 in costs pursuant to the sanctions awarded by the Court. On June 24, 2008, the parties filed a stipulation setting forth the terms of their agreement. (Doc. No. 99.)

**RECOMMENDATION**

The Magistrate's Report & Recommendation filed on June 9, 2008 (Doc. No. 90) recommending award of attorneys' fees is pending before the District Court. The Magistrate recommends that the District Court, after its independent review of the record, enter an order awarding to West and the Villas the attorneys' fees and costs stipulated to by the parties on June 24, 2008. (Doc. No. 99.) Pursuant to 28 U.S.C. § 636(b), any party may serve and file written objections within 10 days of being served with a copy of this Report and

1  Recommendation. If objections are not timely filed, they may be deemed waived. If
2  objections are filed, the parties should use the following case number: **CV-08-09-TUC-FRZ.**
3  DATED this 25th day of June, 2008.

_____
Jennifer C. Guerin
United States Magistrate Judge