1

2

3

4           IN THE UNITED STATES DISTRICT COURT

5               FOR THE DISTRICT OF ARIZONA

6

7   Armando Valles, et al.,              )     No. CV 08-9-TUC-FRZ (JCG)
                                         )
8           Plaintiffs,                  )     **ORDER**
                                         )
9   vs.                                  )
                                         )
10                                       )
    Pima County, et al.,                 )
11                                       )
            Defendants.                  )
12                                       )
                                         )
13

14      Pending before the Court are the following motions: (1) a Motion to Dismiss (Doc. #66)

15  filed by Defendants West Speedway Partners, LLC ("West") and The Villas at Hacienda del

16  Sol, Inc. ("the Villas"); and (2) a Motion for Sanctions (Doc. #69) filed by West and the

17  Villas.    United States Magistrate Judge Jennifer C. Guerin issued a Report and

18  Recommendation (Doc. #90) recommending that the Court grant the Motion to Dismiss and

19  the Motion for Sanctions.  The parties did not file any objections to this Report and

20  Recommendation.

21      As to the Motion for Sanctions, the parties subsequently entered into a stipulation

22  regarding attorneys' fees and costs.   Magistrate Judge Guerin issued a Report and

23  Recommendation (Doc. #101) recommending that the Court approve the stipulated attorneys'

24  fees in the amount of $5,482.00 and stipulated costs in the amount of $215.00.  The parties

25  did not file any objections to this Report and Recommendation.

26       As the parties did not file any objections to the Report and Recommendations at issue,

27  the Court will not consider any objections or new evidence.  *See generally United States v.*

28  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*)(failure to timely file objections

1    to any factual or legal determination of the Magistrate Judge may be considered a waiver of

2    the party's right to *de novo* consideration of the issues).

3        The Court has reviewed the entire record and concludes that Magistrate Judge Guerin's

4    recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72;

5    *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14

6    F. Supp. 2d 1203, 1204 (D. Or. 1998).

7        Accordingly, IT IS HEREBY ORDERED as follows:

8    (1)  United States Magistrate Judge Guerin's Report and Recommendations (Doc. #90 and

9    #101) are **ACCEPTED AND ADOPTED**.

10   (2) The Motion to Dismiss (Doc. #66) and Motion for Sanctions (Doc. #69) filed by West

11   and the Villas are **GRANTED**; West and the Villas are **dismissed without prejudice**.

12   (3) West and the Villas are **awarded $5,482.00 in attorneys' fees and $215.00 in costs**.

13   (4) The **Clerk of the Court shall enter judgment accordingly.**

14   (5) **As this case was originally assigned to Magistrate Judge Guerin, and the referral**

15   **pertains to all pretrial proceedings, the referral to Magistrate Judge Guerin is still  in**

16   **effect to the extent pretrial proceedings remain in this case**.

17       DATED this 29th day of August, 2008.

18

19

20

21       FRANK R. ZAPATA

22       United States District Judge

23

24

25

26

27

28